Jennifer Scullion
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (973) 639-9393
Email: jscullion@seegerweiss.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES COLLINS, INDIVIDUALLY AND on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>V.<br><br>APPLE INC.<br>ONE APPLE PARK WAY<br>CUPERTINO, CA 95014,<br><br>DEFENDANT. | 3:25-cv-06399-SK<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Plaintiff James Collins ("Plaintiff") hereby provides notice pursuant to Civil Local Rule 3-13 of the consolidated actions in MDL 3113, *IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIG.*, Civil Action No. 2:24-md-03113 (JXN)(LDW). Those actions—which include cases brought by the U.S. Department of Justice, State Attorneys General, and Putative Classes representing direct purchasers, indirect purchasers and Apple Watch purchasers—share common questions of fact arising from allegations that Apple has monopolized or attempted to monopolize the smartphone market by controlling the creation and distribution of apps compatible with the iPhone and suppressing technologies that would make the iPhone more compatible with competitors' devices, including relating to super apps, cloud streaming gaming apps, messaging, smartwatches, and digital wallets.

On June 7, 2024 the Judicial Panel on Multidistrict Litigation consolidated various consumer claims into the District of New Jersey for coordinated pretrial proceedings. *In re Apple Inc. Smartphone Antitrust Litig.*, 737 F. Supp. 3d 1361, 1364 (U.S. Jud. Pan. Mult. Lit. 2024).

On October 17, 2024, the MDL Court appointed interim co-lead counsel for three putative classes: direct iPhone purchasers, indirect iPhone purchasers, and direct Apple Watch purchasers. No. 2:24-md-03113, ECF 34.

Counsel for Plaintiff here has been, along with other firms, appointed to leadership for the direct purchaser track. *Id.* On July 30, 2025, Plaintiffs, including Plaintiff James Collins, representing a putative class of direct purchasers, filed a consolidated class action complaint asserting substantially similar claims to those asserted here. *Id.* at ECF 87.

Plaintiff believes that this matter should be transferred to the District of New Jersey, to be consolidated into the MDL for pretrial proceedings, pursuant to 28 U.S.C. § 1407 because, *inter alia*, because the claims asserted in both actions are substantially similar, transferring would be in line with the JPML's ruling consolidating cases into MDL 3113, and because doing so would avoid conflicts, conserve resources, and promote efficient determination of this action.

Contemporaneously with this Notice, Plaintiff is filing a Notice of Tag-Along Action in the JPML.

Dated: August 1, 2025

Respectfully submitted,

By: _/s/ Jennifer Scullion_

Jennifer Scullion
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (973) 639-9393
Email: jscullion@seegerweiss.com

*Counsel for Plaintiff and the Proposed Class*